Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Antigone Skoulas D.D.S., Inc. | |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN)   47-3794763 |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 450 Sutter Street, Suite 1616<br>San Francisco, CA 94108<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| San Francisco<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5.   Debtor's website** (URL)   _____

**6.   Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the above

B. *Check all that apply*

- [ ] Tax-exempt entity (as described in 26 U.S.C. §501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    8021

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11. *Check **all** that apply*:
  - [x] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - [x] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [x] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- [x] No.
- [ ] Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- [x] No
- [ ] Yes.

List all cases. If more than 1, attach a separate list

| Debtor | Relationship | |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     February 9, 2025
                MM / DD / YYYY

**X** /s/ Antigone Skoulas                          Antigone Skoulas
Signature of authorized representative of debtor     Printed name

Title    President

**18. Signature of attorney**

**X** /s/ Brent D. Meyer                          Date   February 9, 2025
Signature of attorney for debtor                         MM / DD / YYYY

Brent D. Meyer 266152
Printed name

Meyer Law Group, LLP
Firm name

268 Bush Street #3639
San Francisco, CA 94104
Number, Street, City, State & ZIP Code

Contact phone   (415) 765-1588          Email address   brent@meyerllp.com

266152 CA
Bar number and State

## RESOLUTION OF BOARD OF DIRECTORS
## AND SHAREHOLDERS FOR ANTIGONE SKOULAS D.D.S., INC.

**WHEREAS**, Antigone Skoulas D.D.S., Inc. (the "Company") is a California professional corporation that has encountered financial difficulties with its business operations;

**WHEREAS**, it appears to the entire Board of Directors of the Company that it is in the best interests of the Company and its creditors for the Company to commence proceedings under Title 11, Chapter 11, Sub-Chapter V of the United States Code; and

**WHEREAS**, the current shareholders of the Company have unanimously voted to commence proceedings under Title 11, Chapter 11, Sub-Chapter V of the United States Code.

**IT IS HEREBY RESOLVED** that the below signing Board of Directors of the Company find and determine that it is in the best interest of the Company, its shareholders, and its creditors for the Company to commence a proceeding under Title 11, Chapter 11, Sub-Chapter V of the United States Code, and that the Company immediately commence such filing in the United States Bankruptcy Court, Northern District of California, San Francisco Division;

**IT IS HEREBY FURTHER RESOLVED** that Antigone Skoulas, Sole Shareholder and Chief Executive Officer of the Company, be and hereby is authorized to retain the law firm of Meyer Law Group, LLP to commence and prosecute a case under Title 11, Chapter 11, Sub-Chapter V of the United States Code on behalf of the Company;

**IT IS HEREBY FURTHER RESOLVED** that Antigone Skoulas, Sole Shareholder and Chief Executive Officer of the Company, be and hereby is authorized to cause to be prepared and filed a petition for relief under Title 11, Chapter 11, Sub-Chapter V of the United States Code on behalf of the Company; and

**IT IS HEREBY FURTHER RESOLVED** that Antigone Skoulas, Sole Shareholder and Chief Executive Officer of the Company, be and hereby is authorized to sign the petition for relief and all required documents and schedules under Title 11, Chapter 11, Sub-Chapter V of the United States Code on behalf of the Company and act as the responsible individual in the proceedings on behalf of the Company.

Dated: 2/7/25        By: _____

Antigone Skoulas
Board Member, Sole Shareholder, and
Chief Executive Officer
Antigone Skoulas D.D.S., Inc.

**Fill in this information to identify the case:**

Debtor name    Antigone Skoulas D.D.S., Inc.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒   Other document that requires a declaration    Board Resolution

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 9, 2025     **X** /s/ Antigone Skoulas
                                             Signature of individual signing on behalf of debtor

                                             Antigone Skoulas
                                             Printed name

                                             President
                                             Position or relationship to debtor

Case: 25-30100    Doc# 1    Filed: 02/09/25    Entered: 02/09/25 20:07:38    Page 6 of 43

Fill in this information to identify the case:

Debtor name    Antigone Skoulas D.D.S., Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known):

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Align Technologies, Inc. 3030 Slater Road, Suite 150 Morrisville, NC 27560 | | Professional Services | | | | $112,232.29 |
| American Express P.O. Box 60189 City of Industry, CA 91716 | | Unsecured Debt | | | | $14,985.89 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ascentium Capital, LLC 23970 Highway 59 North Attn: Legal Department Kingwood, TX 77339 | | The equipment, personal property and other assets (collectively, "Property"), financed under, covered by or described in the lease, rental, equipment finance agreement or installment payment agreement designated as Agreement No. 2397330, together with all replacements for, additions to, substitutions for and accessions to the Property and all proceeds of any of the foregoing, including, without limitation, proceeds of insurance. Secured party/lessor and debtor/lessee agree that that a more detailed description of the Property being financed shall be maintained by secured party/lessor among its books and records in whatever more detailed description. | | $139,401.88 | $0.00 | $114,781.88 |
| Burkhart Dental Supply 2502 South 78th Street Tacoma, WA 98409 | | Unsecured Credit | | | | $3,359.70 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| California Bank of Commerce CMC Practice Banking 3595 Mt. Diablo Blvd., Suite 200 Lafayette, CA 94549 | | Al Inventory, Chattel Paper, Accounts, Deposit Accounts, Equipment and General intangibles; whether any of the foregoing is owned now or acquired later, all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and other account proceeds). | | $406,086.28 | $0.00 | $276,784.90 |
| Capital One Bank P.O. Box 60519 City of Industry, CA 91716 | | Unsecured Debt | | | | $7,845.97 |
| City National Bank 555 S Flower Street, Suite 2500 Los Angeles, CA 90071 | | Line of Credit | | | | $100,000.00 |
| EverBank 1750 Lincoln Street Dept. 1608 Denver, CO 80274 | | Unsecured Debt | | | | $18,526.19 |
| Firegang Dental Marketing 159 Lincoln Street Spokane, WA 99201 | | Marketing Services | | | | $7,559.85 |
| Forward Financing, LLC 53 State Street, 20th Floor Boston, MA 02109 | | Stipulation | | | | $90,850.00 |
| Highland Capital Corporation 1 Passaic Avenue Fairfield, NJ 07004 | | Unsecured Debt | | | | $39,750.00 |

Case: 25-30100   Doc# 1   Filed: 02/09/25   Entered: 02/09/25 20:07:38   Page 9 of 43

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| JPMorgan Chase Bank, N.A. P.O. Box 6294 Carol Stream, IL 60197 | | Unsecured Debt | | | | $29,701.62 |
| Owen Okeefe 1970 Jefferson Street San Francisco, CA 94123 | | Deposit for Dental Procedure | | | | $40,849.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 25-30100    Doc# 1    Filed: 02/09/25    Entered: 02/09/25 20:07:38    Page 10 of 43

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| U.S. Small Business Administration Attn: District Counsel 455 Market Street, Suite 600 San Francisco, CA 94105 | | All tangible and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-crae insurance receivables, and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles, including payment intangibles and software and (k) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code. The security interest Borrowers grants includes all accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto. | | $507,047.51 | $0.00 | $507,047.51 |

Case: 25-30100   Doc# 1   Filed: 02/09/25   Entered: 02/09/25 20:07:38   Page 11 of 43

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Umpqua Bank 450 Sansome Street, Suite 120 San Francisco, CA 94111 | | Unsecured Debt | | | | $50,000.00 |

**Fill in this information to identify the case:**

Debtor name    Antigone Skoulas D.D.S., Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

**Part 1:**    **Summary of Assets**

1.    **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................    $      0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................    $      133,991.23

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................    $      133,991.23

**Part 2:**    **Summary of Liabilities**

2.    **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................    $      1,052,535.67

3.    **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................    $      0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................    +$      515,660.51

4.    **Total liabilities** .........................................................................................
    Lines 2 + 3a + 3b         $      1,568,196.18

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 25-30100    Doc# 1    Filed: 02/09/25    Entered: 02/09/25 20:07:38    Page 13 of 43

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| **3.** | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | JPMorgan Chase Bank, N.A. | Checking | 2880 | $10,120.15 |
| 3.2. | JPMorgan Chase Bank, N.A. | Savings | 0561 | $30,000.05 |
| 3.3. | City National Bank | Checking | 4573 | $0.00 |
| 3.4. | California Bank of Commerce | Checking | 9366 | $0.00 |

**4.**    **Other cash equivalents** *(Identify all)*

**5.**    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $40,120.20 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes Fill in the information below.

Case: 25-30100   Doc# 1   Filed: 02/09/25   Entered: 02/09/25 20:07:38   Page 14 of 43

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.     **Accounts receivable**

(From Customers)
11a. 90 days old or less:        61,691.30    -        61,691.30    = ....            $0.00
                          face amount            doubtful or uncollectible accounts

(From Insurance)
11a. 90 days old or less:        27,120.22    -        6,149.19    = ....            $20,971.03
                          face amount            doubtful or uncollectible accounts

12.     **Total of Part 3.**
        Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

| $20,971.03 |
|---|

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>Forest Dental Chairs (4), Stools (8), Receptionist Chair, Desk and Office Chair, and Miscellaneous Office Furniture. | $0.00 | Liquidation | $15,750.00 |

40.     **Office fixtures**

Case: 25-30100   Doc# 1   Filed: 02/09/25   Entered: 02/09/25 20:07:38   Page 15 of 43

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Apple Computers and Monitors, Telephone System, Television, and Miscellaneous Office Equipment and Computers. | $0.00 | Liquidation | $2,150.00 |
|---|---|---|---|---|

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.    Copy the total to line 86. | $17,900.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:      Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

| 49. | **Aircraft and accessories** | | | |

| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** Element 5D Plus Lite, Kavo Handpieces (4 units and 3 hand pieces), Biolaee Laser, Photography Equipment, Itero Scanner, SprintRay Printer, Omnicam, Edan Sedation Monitor, Biohorizons Implant Kit, Surgical Unit, Surgical Kit and Equipment, Restorative Kits, Hygiene Kits, Perio Kit, Implant Strauman Restorative Unit, Ortho Hand Tools, Suck Down Tool, Implant Motor, and Miscellaneous Dental Tools and Equipment. | $0.00 | Liquidation | $55,000.00 |

| 51. | **Total of Part 8.** Add lines 47 through 50.    Copy the total to line 87. | $55,000.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

☒ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☒ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**   **Internet domain names and websites** | | | |
|     www.skoulasdds.com | $0.00 | | $0.00 |
| **62.**   **Licenses, franchises, and royalties** | | | |
| **63.**   **Customer lists, mailing lists, or other compilations** | | | |
|     Customer Mailing List | $0.00 | | $0.00 |
| **64.**   **Other intangibles, or intellectual property** | | | |
| **65.**   **Goodwill** | | | |

**66.**   **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

                                                                                       $0.00

**67.**   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ☐ No
    ☒ Yes

**68.**   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☒ No
    ☐ Yes

**69.**   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 25-30100   Doc# 1   Filed: 02/09/25   Entered: 02/09/25 20:07:38   Page 17 of 43

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $40,120.20 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $20,971.03 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $17,900.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $55,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $133,991.23 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $133,991.23 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case: 25-30100    Doc# 1    Filed: 02/09/25    Entered: 02/09/25 20:07:38    Page 18 of 43

Debtor name    Antigone Skoulas D.D.S., Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Ascentium Capital, LLC<br><sub>Creditor's Name</sub> | **Describe debtor's property that is subject to a lien**<br>The equipment, personal property and other assets (collectively, "Property"), financed under, covered by or described in the lease, rental, equipment finance agreement or installment payment agreement designated as Agreement No. 2397330, together with all replacements for, additions to, substitutions for and accessions to the Property and all proceeds of any of the foregoing, including, without limitation, proceeds of insurance. Secured party/lessor and debtor/lessee agree that that a more detailed description of the Property being financed shall be maintained by secured party/lessor among its books and records in whatever more detailed description. | $139,401.88 | $24,620.00 |

23970 Highway 59 North
Attn: Legal Department
Kingwood, TX 77339

<sub>Creditor's mailing address</sub>

**Describe the lien**
UCC File Nos. U240076814431 and 197740137584

<sub>Creditor's email address, if known</sub>

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**
10/11/2019

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** California Bank of Commerce<br><sub>Creditor's Name</sub><br>CMC Practice Banking | **Describe debtor's property that is subject to a lien**<br>AI Inventory, Chattel Paper, Accounts, Deposit | $406,086.28 | $137,091.61 |
|---|---|---|---|

Case: 25-30100    Doc# 1    Filed: 02/09/25    Entered: 02/09/25 20:07:38    Page 19 of 43

3595 Mt. Diablo Blvd.,
Suite 200
Lafayette, CA 94549

Accounts, Equipment and General intangibles; whether any of the foregoing is owned now or acquired later, all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and other account proceeds).

Creditor's mailing address

**Describe the lien**
UCC File No. 197698958365

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2/25/2019

**Last 4 digits of account number**
9598

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | U.S. Small Business Administration | | $507,047.51 | $0.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
All tangible and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-crae insurance receivables, and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles, including payment intangibles and software and (k) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code. The security interest Borrowers grants includes all accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto.

Attn: District Counsel
455 Market Street, Suite 600
San Francisco, CA 94105
Creditor's mailing address

**Describe the lien**
UCC FIle No. 207780881445

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
5/25/2020

**Last 4 digits of account number**
7402

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Case: 25-30100    Doc# 1    Filed: 02/09/25    Entered: 02/09/25 20:07:38    Page 20 of 43

| | |
|---|---|
| 3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $1,052,535.67 |

**Part 2:     List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Brody & Shemwll, APC<br>1350 Columbia Street, Suite 403<br>San Diego, CA 92101 | Line  2.2 | |
| Hahn Loeser & Parks, LLP<br>600 W. Broadway, Suite 1500<br>San Diego, CA 92101 | Line  2.1 | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    Antigone Skoulas D.D.S., Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
|  | Adriana Serna<br>1364 Drake Avenue<br>San Leandro, CA 94579 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim:<br>NOTICE ONLY |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
|  | Cal. Employment Development Dept.<br>Bankruptcy Unit - MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim:<br>NOTICE ONLY |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
|  | Chelsea Perez<br>1600 Beach Street, #102<br>San Francisco, CA 94123 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim:<br>NOTICE ONLY |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | Franchise Tax Board | Check all that apply. | | |
| | Bankruptcy Section, MS A-340 | ☐ Contingent | | |
| | P.O. Box 2952 | ☐ Unliquidated | | |
| | Sacramento, CA 95812 | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
NOTICE ONLY

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | Internal Revenue Service | Check all that apply. | | |
| | P.O. Box 7346 | ☐ Contingent | | |
| | Philadelphia, PA 19101 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
NOTICE ONLY

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | Katherine Ourng | Check all that apply. | | |
| | 705 Williams Street | ☐ Contingent | | |
| | San Leandro, CA 94577 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
NOTICE ONLY

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | Patricia Aguliera | Check all that apply. | | |
| | 514 Flower Lane, #B | ☐ Contingent | | |
| | Alameda, CA 94502 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
NOTICE ONLY

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | **Amount of claim** |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $112,232.29 |
| | Align Technologies, Inc. | | |
| | 3030 Slater Road, Suite 150 | ☐ Contingent | |
| | Morrisville, NC 27560 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:**  Professional Services | |
| | **Last 4 digits of account number**  6791 | Is the claim subject to offset?  ☒ No   ☐ Yes | |

Case: 25-30100   Doc# 1   Filed: 02/09/25   Entered: 02/09/25 20:07:38   Page 23 of 43

| Debtor | Antigone Skoulas D.D.S., Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,985.89 |
|---|---|---|
| American Express<br>P.O. Box 60189<br>City of Industry, CA 91716 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Unsecured Debt | |
| **Last 4 digits of account number** 1000 | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Brandon Warren<br>1422 East 2nd Street<br>Benicia, CA 94510 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** NOTICE ONIY | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,359.70 |
|---|---|---|
| Burkhart Dental Supply<br>2502 South 78th Street<br>Tacoma, WA 98409 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Unsecured Credit | |
| **Last 4 digits of account number** 4182 | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,845.97 |
|---|---|---|
| Capital One Bank<br>P.O. Box 60519<br>City of Industry, CA 91716 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Unsecured Debt | |
| **Last 4 digits of account number** 7049 | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|
| City National Bank<br>555 S Flower Street, Suite 2500<br>Los Angeles, CA 90071 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** Line of Credit | |
| **Last 4 digits of account number** 5633 | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,526.19 |
|---|---|---|
| EverBank<br>1750 Lincoln Street<br>Dept. 1608<br>Denver, CO 80274 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** 7/2024 | **Basis for the claim:** Unsecured Debt | |
| **Last 4 digits of account number** 1208 | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,559.85 |
|---|---|---|
| Firegang Dental Marketing<br>159 Lincoln Street<br>Spokane, WA 99201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** 10/12/2024 | **Basis for the claim:** Marketing Services | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90,850.00 |
|---|---|---|
| Forward Financing, LLC<br>53 State Street, 20th Floor<br>Boston, MA 02109 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** 3/2021 | **Basis for the claim:** Stipulation | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Case: 25-30100   Doc# 1   Filed: 02/09/25   Entered: 02/09/25 20:07:38   Page 24 of 43

**3.10** Nonpriority creditor's name and mailing address

Highland Capital Corporation
1 Passaic Avenue
Fairfield, NJ 07004

Date(s) debt was incurred  6/2022

Last 4 digits of account number  1870

As of the petition filing date, the claim is: *Check all that apply.*   $39,750.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unsecured Debt

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

JPMorgan Chase Bank, N.A.
P.O. Box 6294
Carol Stream, IL 60197

Date(s) debt was incurred  _

Last 4 digits of account number  5435

As of the petition filing date, the claim is: *Check all that apply.*   $29,701.62

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unsecured Debt

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address

Owen Okeefe
1970 Jefferson Street
San Francisco, CA 94123

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*   $40,849.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Deposit for Dental Procedure

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

Savana Hockney
345 West K Street
Benicia, CA 94510

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  NOTICE ONLY

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

Umpqua Bank
450 Sansome Street, Suite 120
San Francisco, CA 94111

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*   $50,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unsecured Debt

Is the claim subject to offset?  ☒ No   ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Cook Collection Attorneys<br>165 Fell Street<br>San Francisco, CA 94102 | Line  3.1<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | The Moore Law Group, APC<br>3710 S. Susan Street, Suite 210<br>P.O. Box 25145<br>Santa Ana, CA 92799 | Line  3.9<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 515,660.51 |

Case: 25-30100   Doc# 1   Filed: 02/09/25   Entered: 02/09/25 20:07:38   Page 25 of 43

Debtor   Antigone Skoulas D.D.S., Inc.
Name

Case number (if known) _____

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.   $ _____515,660.51

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.    **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.    There is nothing else to report on this form.
     ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease<br>450 Sutter Street<br>Suite 1616<br>San Francisco,<br>California 94108 | |
| | State the term remaining | 4 Years | Schnitzer Properties Realty, LLC, Ser. A<br>c/o Harsch Investments Properties, LLC<br>3875 Hopyard Road, Suite 249<br>Pleasanton, CA 94588 |
| | List the contract number of any government contract | _____ | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor name     Antigone Skoulas D.D.S., Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 | Antigone Skoulas | 1880 Green Street San Francisco, CA 94123 | California Bank of Commerce | ☒ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.2 | Antigone Skoulas | 1880 Green Street San Francisco, CA 94123 | Ascentium Capital, LLC | ☒ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.3 | Antigone Skoulas | 1880 Green Street San Francisco, CA 94123 | U.S. Small Business Administration | ☒ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.4 | Antigone Skoulas | 1880 Green Street San Francisco, CA 94123 | Forward Financing, LLC | ☐ D ____ ☒ E/F __3.9__ ☐ G ____ |
| 2.5 | Antigone Skoulas | 1880 Green Street San Francisco, CA 94123 | JPMorgan Chase Bank, N.A. | ☐ D ____ ☒ E/F __3.11__ ☐ G ____ |
| 2.6 | Antigone Skoulas | 1880 Green Street San Francisco, CA 94123 | Highland Capital Corporation | ☐ D ____ ☒ E/F __3.10__ ☐ G ____ |

Case: 25-30100    Doc# 1    Filed: 02/09/25    Entered: 02/09/25 20:07:38    Page 28 of 43

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date:<br>From 01/01/2025 to Filing Date | ☒ Operating a business<br>☐ Other _____ | $184,700.02 |
| For prior year:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br>☐ Other _____ | $1,129,537.52 |
| For year before that:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other _____ | $1,169,094.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Schnitzer Properties Realty, LLC, Ser. A c/o Harsch Investments Properties, LLC 3875 Hopyard Road, Suite 249 Pleasanton, CA 94588 | 11/15/2024, 12/3/2024, 1/9/2025, 2/7/2025 | $39,230.65 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other_Commercial Lease_ |
| 3.2. Ascentium Capital, LLC 23970 Highway 59 North Attn: Legal Department Kingwood, TX 77339 | 11/20/2024, 12/17/2024, 1/15/2025 | $15,750.00 | ☒ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Forward Funding, LLC v. Antigone Skoulas D.D.S., Inc. et al. CPF-20-517324 | Collection | California Superior Court, San Francisco County 400 McAllister Street San Francisco, CA 94102 | ☐ Pending ☐ On appeal ☒ Concluded |

Case: 25-30100    Doc# 1    Filed: 02/09/25    Entered: 02/09/25 20:07:38    Page 30 of 43

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | Align Technologies, Inc. v. Antigone Skoulas D.D.S., Inc. et al. CGC-24-620493 | Collection | California Superior Court, San Francisco County 400 McAllister Street San Francisco, CA 94102 | ☒ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

---

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Meyer Law Group, LLP 268 Bush Street #3639 San Francisco, CA 94104 | Debtor provided a $30,000 pre-petition retainer, of which $7,695 as applied to pre-petition legal services and $1,738 for costs, leaving a retainer balance of $20,567 as of the Petition Date (February 9, 2025) | 10/29/2024, 1/27/2025 | $30,000.00 |
| | **Email or website address** www.meyerllp.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Case: 25-30100   Doc# 1   Filed: 02/09/25   Entered: 02/09/25 20:07:38   Page 31 of 43

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

Debtor collets and retains medical information related to the operation of a dental practice.

Does the debtor have a privacy policy about that information?
☐ No
☒ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   Thomas Doll, CPAs P.C.<br>165 Lennon Street<br>Walnut Creek, CA 94598 | 2015 to 2023 |
| 26a.2.   Engage Advisors<br>7285 W. 132nd Street, Suite 140<br>Overland Park, KS 66213 | 2024 to Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   Thomas Doll, CPAs P.C.<br>165 Lennon Street<br>Walnut Creek, CA 94598 | 2015 to 2023 |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   Engage Advisors<br>7285 W. 132nd Street, Suite 140<br>Overland Park, KS 66213 | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Thomas Doll, CPAs P.C.<br>165 Lennon Street<br>Walnut Creek, CA 94598 | |

Case: 25-30100    Doc# 1    Filed: 02/09/25    Entered: 02/09/25 20:07:38    Page 34 of 43

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.   Engage Advisors<br>7285 W. 132nd Street, Suite 140<br>Overland Park, KS 66213 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Antigone Skoulas | 1880 Green Street<br>San Francisco, CA 94123 | President and Sole Shareholder | 100% of Outstanding Shares |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

### 32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

### Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      February 9, 2025

/s/ Antigone Skoulas                     Antigone Skoulas
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor      President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re   Antigone Skoulas D.D.S., Inc.

                                         Debtor(s)

Case No.                     

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Antigone Skoulas<br>1880 Green Street<br>San Francisco, CA 94123 | Common | 100% | Shares |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   February 9, 2025

Signature   /s/ Antigone Skoulas

                        Antigone Skoulas

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Case: 25-30100   Doc# 1   Filed: 02/09/25   Entered: 02/09/25 20:07:38   Page 37 of 43

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                          Case No.

    Antigone Skoulas D.D.S., Inc.


_____ Debtor(s). _____ /

CREDITOR MATRIX COVER SHEET


    I declare that the attached Creditor Mailing Matrix, consisting of __4__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED:   February 9, 2025


/s/ Brent D. Meyer
_____
Signature of Debtor's Attorney or Pro Per Debtor

Software Copyright (c) 1996-2025 Best Case, LLC   - www.bestcase.com                                                          Best Case Bankruptcy

```
Adriana Serna
1364 Drake Avenue
San Leandro, CA 94579


Align Technologies, Inc.
3030 Slater Road, Suite 150
Morrisville, NC 27560


American Express
P.O. Box 60189
City of Industry, CA 91716


Antigone Skoulas
1880 Green Street
San Francisco, CA 94123


Ascentium Capital, LLC
Attn: Legal Department
23970 Highway 59 North
Kingwood, TX 77339


Atradius Collections, Inc.
3500 Lacey Road, Suite 220
Downers Grove, IL 60515


Brandon Warren
1422 East 2nd Street
Benicia, CA 94510


Brody & Shemwll, APC
1350 Columbia Street, Suite 403
San Diego, CA 92101
```

Burkhart Dental Supply
2502 South 78th Street
Tacoma, WA 98409


Cal. Employment Development Dept.
Bankruptcy Unit - MIC 92E
P.O. Box 826880
Sacramento, CA 94280


California Bank of Commerce
CMC Practice Banking
3595 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549


Capital One Bank
P.O. Box 60519
City of Industry, CA 91716


Chelsea Perez
1600 Beach Street, #102
San Francisco, CA 94123


City National Bank
555 S Flower Street, Suite 2500
Los Angeles, CA 90071


Cook Collection Attorneys
165 Fell Street
San Francisco, CA 94102


EverBank
1750 Lincoln Street
Dept. 1608
Denver, CO 80274

Firegang Dental Marketing
159 Lincoln Street
Spokane, WA 99201


Forward Financing, LLC
53 State Street, 20th Floor
Boston, MA 02109


Franchise Tax Board
Bankruptcy Section, MS A-340
P.O. Box 2952
Sacramento, CA 95812


Hahn Loeser & Parks, LLP
600 W. Broadway, Suite 1500
San Diego, CA 92101


Highland Capital Corporation
1 Passaic Avenue
Fairfield, NJ 07004


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


JPMorgan Chase Bank, N.A.
P.O. Box 6294
Carol Stream, IL 60197


Katherine Ourng
705 Williams Street
San Leandro, CA 94577

Owen Okeefe
1970 Jefferson Street
San Francisco, CA 94123


Patricia Aguliera
514 Flower Lane, #B
Alameda, CA 94502


Savana Hockney
345 West K Street
Benicia, CA 94510


Schnitzer Properties Realty, LLC, Ser. A
c/o Harsch Investments Properties, LLC
3875 Hopyard Road, Suite 249
Pleasanton, CA 94588


The Moore Law Group, APC
3710 S. Susan Street, Suite 210
P.O. Box 25145
Santa Ana, CA 92799


U.S. Small Business Administration
Attn: District Counsel
455 Market Street, Suite 600
San Francisco, CA 94105


Umpqua Bank
450 Sansome Street, Suite 120
San Francisco, CA 94111

# United States Bankruptcy Court
## Northern District of California

In re   Antigone Skoulas D.D.S., Inc.

Debtor(s)

Case No.

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Antigone Skoulas D.D.S., Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

February 9, 2025

Date

/s/ Brent D. Meyer

Brent D. Meyer 266152

Signature of Attorney or Litigant

Counsel for   Antigone Skoulas D.D.S., Inc.

Meyer Law Group, LLP
268 Bush Street #3639
San Francisco, CA 94104
(415) 765-1588  Fax:(415) 762-5277
brent@meyerllp.com